IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN ANN MYERS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-7255 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| *COMMISSIONER OF THE SOCIAL* | : | |
| *SECURITY ADMINISTRATION* | : | |

## ORDER

AND NOW, this 11th day of January, 2013, it is ORDERED the above-captioned case shall be REMOVED from suspense.

Furthermore, upon careful and independent consideration of the complaint and the parties' Stipulation to Change Venue to the United States District Court for the Middle District of Pennsylvania (Document 17), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby ORDERED that:

1. The Report and Recommendation (Document 19) is APPROVED and ADOPTED;

2. The Clerk of Court is directed to TRANSFER this matter to the United States District Court for the Middle District of Pennsylvania; and

3. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

Juan R. Sánchez, J.